```
                       UNITED STATES DISTRICT COURT

                      CENTRAL DISTRICT OF CALIFORNIA

                              WESTERN DIVISION
```

**JUAN C. DIAZ,**           )    Case No. CV 11-7888-RGK (AJW)
                            )
      **Petitioner,**      )
                            )
  v.                       )    **JUDGMENT**
                            )
**JOE A. LIZARRAGA, Warden,** )
                            )
      **Respondent.**      )
_____)

    **It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: January 9, 2015

                                              _____
                                              R. Gary Klausner
                                              United States District Judge